UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

BRADLEY SCOTT HEARD, a/k/a "Trig," and
DAVELLE EARL BLACKMAN,

        Defendants.
_____/

**INDICTMENT**

The Grand Jury charges:

Possession with Intent to Distribute Methamphetamine

On or about June 25, 2023, in Menominee County, in the Western District of Michigan, Northern Division, Defendants,

**BRADLEY SCOTT HEARD, a/k/a "Trig," and
DAVELLE EARL BLACKMAN,**

knowingly and intentionally possessed, and aided and abetted the possession of, methamphetamine, a Schedule II controlled substance, with intent to distribute.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
THEODORE J. GREELEY
Assistant United States Attorney